UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DAVID HOLMES,

    Plaintiff,

v.                              CASE NO.: 9:11-cv-80450

ZAKHEIM & ASSOCIATES, P.A.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DAVID HOLMES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                              RESPECTFULLY SUBMITTED,

                              By: /s/ Shireen Hormozdi
                                 Shireen Hormozdi
                                 Krohn & Moss, Ltd
                                 10474 Santa Monica Blvd., Suite 401
                                 Los Angeles, CA 90025
                                 Phone: (323) 988-2400 ext. 267
                                 Fax:   (866) 802-0021
                                 Attorney for Plaintiff
                                 FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff