UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80450-CIV-MIDDLEBROOKS/JOHNSON

DAVID HOLMES,

    Plaintiff,

v.

ZAKHEIM & ASSOCIATES, P.A.,

    Defendant.

_____/

**ORDER ACCEPTING PARTIES' JOINT STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice (DE 20) ("Joint Stipulation"), filed November 21, 2011. I have reviewed the Joint Stipulation and am otherwise fully advised in the premises. The Parties filed the Joint Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation of Dismissal With Prejudice (DE 20) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against Defendant;

2. All pending Motions are denied as **MOOT**; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 29th day of November, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record